UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61357 SCOLA

STEPHEN M. MANNO et al.,

    Plaintiffs,
vs.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    Defendant.
_____/

## ORDER ON MOTION TO STRIKE

THIS MATTER is before the Court on the Motion to Strike, or in the Alternative, Motion for Extension of Time [ECF No. 131], filed by Plaintiff Stephen M. Manno. Plaintiff argues that the Court should strike the report prepared by Defendant's expert, Robert P. DeWitte, because Defendant did not fully and properly make the disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B). As motions to strike are generally disfavored, the Court declines to strike DeWitte's expert report. *See Pandora Jewelers 1995, Inc. v. Pandora Jewelry, LLC.*, 2010 WL 5393265, at *1 (S.D. Fla. Dec. 21, 2010) ("Motions to strike are generally disfavored and are usually denied[.]" (citations omitted)) (Cooke, J.). Instead, the Court hereby orders the Defendant to provide the disclosures required by the Rule, with appropriate specificity, no later than **October 29, 2012**. In addition, the Court grants the Plaintiff's alternative request for an extension of time to obtain a rebuttal expert. Plaintiff shall have until **November 5, 2012**, inclusive of mailing days, to obtain a rebuttal expert and serve a rebuttal report.

Accordingly, it is hereby **ORDERED and ADJUDGED** that the Plaintiff's Motion to Strike, or in the Alternative, Motion for Extension of Time [ECF No. 131], is **GRANTED** insofar as the Defendant must make the required expert disclosures, as set forth above, and the Plaintiff is given an extension of time to obtain a rebuttal expert, as set forth above.

**DONE and ORDERED** in chambers, at Miami, Florida on October 25, 2012.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

*Copies to:*
U.S. Magistrate Judge
Counsel of Record