UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61357 SCOLA

STEPHEN M. MANNO,
on behalf of himself and
all others similarly situated,

        Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC d/b/a ACCOUNT
RESOLUTION SERVICES, and
INPHYNET SOUTH BROWARD, INC.

        Defendants.
_____/

**PLAINTIFF'S MOTION FOR APPROVAL OF CLASS NOTICE
AND PROPOSED SCHEDULE FOR NOTIFICATION**

Pursuant to Rule 23( c)(2)(b) of the Federal Rules of Civil Procedure and the Order Denying Motion for Reconsideration of May 30, 2013, page 6 of 6, (DE 197) Plaintiff Stephen M. Manno moves for approval of Notice to each of the two classes certified in this case and proposes the following schedule to notification.

1.    By Order of March 26, 2013 (DE 181) this Court certified two classes defined as follows:

The Court hereby certifies the following class under the FDCPA:

1

All Florida residents for whom HRRG left a telephone message:

(b) in substantially the following form:

[Hello] this is HRRG calling. We look forward to helping you.

Please return our call at 1–800–984–9115. Thank you.

(b) in which it failed to disclose that the communication was from a debt collector;

(c) in an attempt to collect a debt, which was owed to Inphynet, arising from medical care at a Memorial Healthcare System facility, including Memorial Regional Hospital, Memorial Regional Hospital South, Joe DiMaggio Children's Hospital, Memorial Hospital West, Memorial Hospital Miramar and/or Memorial Hospital Pembroke;

(d) during the one year period prior to the filing of the complaint in this matter through the date of class certification.

The Court also certifies the following class under the TCPA:

All Florida residents to whom HRRG, on behalf of Inphynet, placed any call:

(a) using an automatic telephone dialing system or an artificial or prerecorded voice to the recipient's cellular telephone;

(b) where Defendants' records show the person's cellular telephone number

was obtained from Inphynet;

(c) to collect or attempt to collect a debt allegedly due Inphynet arising from medical care at a Memorial Healthcare System facility, including Memorial Regional Hospital, Memorial Regional Hospital South, Joe DiMaggio Children's Hospital, Memorial Hospital West, Memorial Hospital Miramar and/or Memorial Hospital Pembroke;

(d) during the four year period prior to the filing of the complaint through the date of class certification;

Excluded from this class are persons who HRRG's records show gave express consent directly to HRRG to call their cellular telephone number prior to HRRG's placement of its call using an automatic telephone dialing system or a prerecorded voice message.

Order of March 26, 2013, pages 22-23 of 23, (DE 181); *Manno v. Healthcare Revenue Recovery Group, LLC*, — F.R.D. —. 2013 WL 1283881, *16-*17 (S.D.Fla., Mar. 26, 2013).

    2.    The Order of May 30, 2013 stated that: "The TCPA class definition is modified to cover individuals who provided a Florida address to the hospital at the time of medical treatment." (DE 197, page 6 of 6), *Manno v. Healthcare Revenue Recovery Group, LLC*, 2013 WL 2384245, *4 (S.D.Fla., May 30, 2013).

3.    Pursuant to the Order of May 30, 2013, Plaintiff proposed the TCPA class be define as follows:

All persons <u>who provided a Florida address to the hospital at the time of medical treatment</u> to whom HRRG, on behalf of Inphynet, placed any call:

(a) using an automatic telephone dialing system or an artificial or prerecorded voice to the recipient's cellular telephone;

(b) where Defendants' records show the person's cellular telephone number was obtained from Inphynet;

(c) to collect or attempt to collect a debt allegedly due Inphynet arising from medical care at a Memorial Healthcare System facility, including Memorial Regional Hospital, Memorial Regional Hospital South, Joe DiMaggio Children's Hospital, Memorial Hospital West, Memorial Hospital Miramar and/or Memorial Hospital Pembroke;

(d) during the four year period prior to the filing of the complaint through the date of class certification;

Excluded from this class are persons who HRRG's records show gave express consent directly to HRRG to call their cellular telephone number prior to HRRG's placement of its call using an automatic telephone dialing system or a prerecorded voice message.

The <u>underlined text</u> reflects the modification pursuant to the Order of May 30, 2013 .

4. The Order of May 30, 2013 also directed class counsel to "submit to the Court a proposed schedule for providing the class members the requisite notice, as outline by Rule 23( c)(2)." *Id.*

5. Class counsel have requested Defendants' attorneys to provide the names and addresses of the members of the two certified classes.

6. Defendants' attorneys have responded "the Defendants are not agreeing to provide a list of any names and addresses absent a court order, . . . "

7. Plaintiff proposes that notice to the members of the Fair Debt Collection Practices Act ("FDCPA") class be in sent the form attached hereto as <u>Exhibit A</u>.

8. Plaintiff proposes that notice to the members of the Telephone Consumer Protection Act ("TCPA") class be in sent in the form attached hereto as <u>Exhibit B</u>.

9. Defendants should be required to provide the names and addresses of the members of the two classes to class counsel in an electronic format on or before a date set by the Court.

10. Notices in the form of <u>Exhibits A and B</u> should be directed to be sent

by first class mail to the FDCPA and TCPA class members on or before a date set by the Court at least twenty-one (21) days after receipt of their names and addresses by class counsel.

11. FDCPA and TCPA class members should be allowed at least sixty (60) days after mailing to exclude themselves (opt-out) from or to request to enter an appearance in the class on a date set by the Court.

WHEREFORE, Plaintiff requests the Court to approve the proposed class notices attached as <u>Exhibits A and B</u> and enter a schedule to provide notification to the class members in the form of the proposed order attached as <u>Exhibit C</u>.

 S/ Donald A. Yarbrough
DONALD A. YARBROUGH, ESQ.
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
don@donyarbrough.com

O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822
rand@horwitzlaw.com

**ATTORNEYS FOR PLAINTIFF
AND THE CLASSES**