UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61357 SCOLA

STEPHEN M. MANNO et al.,

    Plaintiffs,

vs.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC, et al.,

    Defendants.

_____/

## ORDER STAYING CASE

THIS MATTER is before the Court upon the Motion to Stay Proceedings Pending Resolution of Rule 23(f) Appeal to the Eleventh Circuit [ECF No. 202], filed by Defendants Healthcare Revenue Recovery Group, LLC ("HRRG") and Inphynet South Broward, Inc. ("Inphynet") (together, "Defendants"). Defendants request a stay of district court proceedings until resolution of the interlocutory appeals in both this case and *Mais v. Gulf Coast Collection Bureau, Inc.*, Case No. 11-61936-Civ-SCOLA (S.D. Fla.). Defendants' request for a stay is **GRANTED IN PART**. These proceedings are **STAYED** pending the Eleventh Circuit's resolution of Defendants' Rule 23(f) petition in this case. The Clerk is directed to administratively **CLOSE** this case until further notice. Once the Eleventh Circuit either rejects the Rule 23(f) petition, or accepts review and decides the appeal, the parties shall promptly notify the Court so that the stay may be lifted. In the meantime, the parties shall jointly file a status report **every 30 days** regarding the Rule 23(f) petition and appeal. This stay does not extend to the Eleventh Circuit's resolution of the interlocutory appeal in the *Mais* case.

**DONE and ORDERED** in chambers, at Miami, Florida on June 20, 2013.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE