UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61357 SCOLA

STEPHEN M. MANNO et al.,

      Plaintiffs,
vs.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC, et al.,

      Defendants.
_____/

## ORDER LIFTING STAY
## FOLLOWING DENIAL OF PETITION FOR PERMISSION TO APPEAL

THIS MATTER is before the Court on an independent review of the record. On June 21, 2013, the Court stayed this matter pending the Eleventh Circuit's resolution of Defendants' Rule 23(f) petition for interlocutory appeal. On August 9, 2013, the Eleventh Circuit denied Defendants' petition for permission to appeal. Therefore, it is **ORDERED** that the stay in this case is lifted. The Clerk of the Court shall **REOPEN** this matter.

**DONE and ORDERED** in chambers, at Miami, Florida on October 1, 2013.

                                        ROBERT N. SCOLA, JR.
                                        UNITED STATES DISTRICT JUDGE