UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61357 SCOLA

STEPHEN M. MANNO et al.,

    Plaintiffs,

vs.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC, et al.,

    Defendants.

_____/

**ORDER STAYING CASE**

    The Eleventh Circuit recently granted permission to appeal this Court's summary judgment order in *Mais v. Gulf Coast Collection Bureau, Inc.*, Case No. 11-61936-Civ-SCOLA (S.D. Fla.), a case brought under the Telephone Consumer Protection Act. After an independent review of the record, the Court believes that the outcome of the *Mais* appeal may significantly impact this case. Therefore, these proceedings are **Stayed** pending the Eleventh Circuit's resolution of the *Mais* appeal. The Clerk is directed to administratively **Close** this case until further notice. The parties shall jointly file a status report **every 30 days** regarding the status of the *Mais* appeal.

    **Done and Ordered** in chambers, at Miami, Florida on October 24, 2013.

                                                   **Robert N. Scola, Jr.**
                                                   **United States District Judge**