UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-CV- 61357 SCOLA

STEPHEN M. MANNO, on behalf of himself
and all others similarly situated,

        Plaintiffs,

vs.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC d/b/a ACCOUNT
RESOLUTION SERVICES and INPHYNET
SOUTH BROWARD, INC.,

        Defendants.
_____/

## JOINT STATUS REPORT

In accordance with this Court's October 24, 2013 Order [DE 211], Plaintiff, Stephen M. Manno, and Defendants, Healthcare Revenue Recovery Group, LLC and Inphynet South Broward, Inc. (collectively, "the Parties"), file this status report:

1. The United States Court of Appeals for the Eleventh Circuit issued its opinion in *Mais v. Gulf Coast Collection Bureau, Inc.* on September 29, 2014. The opinion has been previously filed with this Court.

2. On or about November 4, 2014, the Eleventh Circuit issued its mandate, which was subsequently acknowledged by the District Court as well.

3. In early December, 2014, the District Court entered a judgment in favor of the defendant in *Mais*.

4. Defendants in this action have moved to lift the stay, reopen the case, and requested a status conference to address issues pertaining to moving forward in light of *Mais*, including the timing and sequencing of reinstituting the previous motions for summary

Case No.  11-CV- 61357 SCOLA

judgment, class notice issues and whether the TCPA claims should proceed forward with class notice at all, as well as any other scheduling that is needed or required at this point.  [DE 228]. Plaintiff responded to the motion and advised Plaintiff does not oppose the lifting of the stay. [DE 230].

Respectfully submitted,

By: /s David P. Hartnett
David P. Hartnett
Email: dhartnett@hinshawlaw.com
Barbara Fernandez
Email: bfernandez@hinshawlaw.com
Hinshaw & Culbertson, LLP
2525 Ponce de Leon Boulevard, 4th Floor
Coral Gables, Florida 33134
Telephone: (305) 358-7747
Facsimile: (305) 577-1063
*Counsel for Defendants Healthcare Revenue Recovery Group, LLC and Inphynet South Broward, Inc.*

By: /s Rebecca J. Schwartz
Edward A. Moss
Fla. Bar No.: 57016
E-mail: emoss@shb.com
Rebecca J. Schwartz
*Admitted Pro Hac Vice*
Email: rschwartz@shb.com
Shook, Hardy & Bacon L.L.P.
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131-4332
Telephone (305) 358-5171
Facsimile (305) 358-7470

*Counsel for Defendant Inphynet South Broward, Inc.*

By: /s Donald A. Yarbrough
Donald A. Yarbrough
Email: don@donyarbrough.com
P.O. Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235

O. Randolph Bragg
Email: rand@horwitzlaw.com
Horwitz, Horwitz & Associates
25 E. Washington Street, Suite 900
Chicago, Illinois 60602
Telephone: (312) 372-8822
Facsimile: (312) 372-1673

*Counsel for Plaintiff*

2

Case No. 11-CV- 61357 SCOLA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day, in the manner specified above, on all counsel of record identified below.

| | |
|---|---|
| DONALD A. YARBROUGH, ESQ.<br>Post Office Box 11842<br>Ft. Lauderdale, FL 33339<br>Phone: 954 537-2000<br>Fax: 954 566-2235<br>don@donyarbrough.com<br>Counsel for Plaintiff | Edward A. Moss, Esq.<br>Florida Bar No. 57016<br>SHOOK, HARDY & BACON LP<br>Miami Center – Suite 3200<br>201 South Biscayne Boulevard<br>Miami, FL 33131-4332<br>Tel: 305-358-5171<br>Fax: 305-358-7470<br>Email: Emoss@shb.com<br>Counsel for Defendant Inphynet South Broward, Inc. |
| O. Randolph Bragg, Esq.<br>Horwitz, Horwitz & Associates<br>25 E. Washington Street<br>Suite 900<br>Chicago, IL 60602<br>Tel: 312-372-8822<br>Fax: 312-372-1673<br>rand@horwitzlaw.com<br>Counsel for Plaintiff | Rebecca J. Schwartz (pro hac vice)<br>SHOOK, HARDY & BACON LP<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Tel: 816.474.6550<br>Fax: 816.421-5547<br>Email: rschwartz@shb.com<br>Counsel for Defendant, Inphynet South Broward, Inc. |

*s/David P. Hartnett*
David P. Hartnett

15042293v1 0927664