UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61357-Civ-Scola/Otazo-Reyes

STEPHEN M. MANNO,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a
ACCOUNT RESOLUTION SERVICES, and
INPHYNET SOUTH BROWARD, INC.

    Defendants.
_____/

## **PLAINTIFF'S UNOPPOSED MOTION TO DECERTIFY TCPA CLASS**

In light of the Eleventh Circuit's decision in *Mais v. Gulf Coast Collection Bureau, Inc.*, 768 F.3d 1110 (11th Cir. 2014) (TCPA), Plaintiff Stephen M. Manno moves the Court to decertify the class certified pursuant to the Telephone Consumer Protection Act, 47 U.S.C. §§227 *et seq.* ("TCPA").

1.        On March 26, 2013 this Court certified a TCPA class as follows:

> The Court also certifies the following class under the TCPA:
> All Florida residents to whom HRRG, on behalf of Inphynet, placed any call:
> (a) using an automatic telephone dialing system or an artificial or prerecorded voice to the recipient's cellular telephone;
> (b) where Defendants' records show the person's cellular telephone number was obtained from Inphynet;

> © to collect or attempt to collect a debt allegedly due Inphynet arising from medical care at a Memorial Healthcare System facility, including Memorial Regional Hospital, Memorial Regional Hospital South, Joe DiMaggio Children's Hospital, Memorial Hospital West, Memorial Hospital Miramar and/or Memorial Hospital Pembroke;
> (d) during the four year period prior to the filing of the complaint through the date of class certification;
> Excluded from this class are persons who HRRG's records show gave express consent directly to HRRG to call their cellular telephone number prior to HRRG's placement of its call using an automatic telephone dialing system or a prerecorded voice message.

Order of March 26, 2013, pages 22-23 of 23, (DE 181); <u>Manno v. Healthcare Revenue Recovery Group, LLC</u>, 289 F.R.D. 674, 693 (S.D.Fla. 2013).[1]

2. The March 26, 2013 Order (DE 181) directed class counsel to submit "a proposed schedule for providing the class members the requisite notice, as outline by Rule 23( c)(2)."

3. On June 10, 2013 Plaintiff filed a motion for approval of class notice and to set the schedule for mailing to the class members.  (DE 200)

4. By Orders of June 21, 2013 and October 24. 2013 the Court ordered that the proceedings in this case be stayed.  (DE 204 and 211)

---

[1] The Court also certified a class pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §§1692 *et seq.* ("FDCPA"). The parties have settled the FDCPA claim on a class basis and will be moving the Court for approval of the settlement.

5. By Order of June 11, 2014 the Court administratively terminated motions for approval of class notice and summary judgment. (DE 220)

6. By Order of April 23, 2015 the Court reopened this case and set a schedule for summary judgment motions. (DE 234)

7. No notice of certification has been approved by the Court or Sent to members of either the TCPA class or the FDCPA class.

8. As a result of the Eleventh Circuit's decision in <u>Mais v. Gulf Coast Collection Bureau, Inc.</u>, Plaintiff's theory of liability under the TCPA is no longer viable.

9. A prefiling teleconference was held on June 12, 2015 with defense counsel who responded that Defendants do not oppose thus Motion.

10. Upon decertification of the TCPA class Plaintiff will dismiss his individual TCPA claim with prejudice.

WHEREFORE, Plaintiff requests the Court to decertify the TCPA class in this matter.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

O. Randolph Bragg, Esq.
Horwitz, Horwitz and Associates
25 E. Washington, Suite 900
Chicago, Illinois 60602
Telephone: (312) 372-8822
Facsimile: (312) 372-1673
rand@horwitzlaw.com

ATTORNEYS FOR PLAINTIFF
AND THE CLASS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61357-Civ-Scola/Otazo-Reyes

STEPHEN M. MANNO,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a
ACCOUNT RESOLUTION SERVICES, and
INPHYNET SOUTH BROWARD, INC.

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 13, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/Donald A. Yarbrough
                                            Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. David P. Hartnett, Esq.
Hinshaw & Culbertson, LLP
4 Floor
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF