UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61357-Civ-Scola/Otazo-Reyes

STEPHEN M. MANNO,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a
ACCOUNT RESOLUTION SERVICES, and
INPHYNET SOUTH BROWARD, INC.

    Defendants.
_____/

## Preliminary Approval Order

THIS MATTER having come before the Court on the Joint Motion by Plaintiff, Stephen M. Manno ("Plaintiff"), and Defendant, Healthcare Revenue Recovery Group, LC d/b/a Account Resolution Services ("Defendant"), for Preliminary Approval of Class Settlement and Memorandum of Law in support thereof (ECF No. 257) and the Court having carefully considered the Joint Motion and otherwise being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. All defined terms contained herein shall have the same meanings as set forth in the Settlement Agreement executed by the parties and filed with this Court (the "Settlement Agreement") (ECF No. 257-1)

2. The Court preliminarily finds that the proposed Settlement Agreement is reasonable, fair, and adequate and grants preliminary approval of it.

3. A hearing on the fairness and reasonableness of the Settlement Agreement and whether final approval shall be given to it will be held before this Court on **October 13, 2016 at 8:30 a.m.** at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Avenue, Courtroom 12-3, Miami, Florida.

4. The Court appoints First Class, Inc. as the Claims Administrator.

5. The Court approves and orders the proposed form of Class Notice (Exhibit C to the Settlement Agreement) to be mailed to the last known mailing address of each individual in the FDCPA Class as shown on Defendant's records

as updated through the National Change of Address (NCOA) database. The Class Notice shall be mailed by the Claims Administrator, First Class, Inc. no later than 30 days from the date of the Preliminary Approval Order, and, should this Court enter an Order Granting Final Approval of Class Settlement, Defendant shall cause payments to be distributed by First Class, Inc. to the participating Class Members, pursuant to the Settlement Agreement.

6. The Court finds that mailing of the Summary Class Notice satisfies the requirements of due process and Rule 23(c)(2)(B), Federal Rules of Civil Procedures.

7. Class Members shall have 45 days from the date Class Notice is sent to enter an appearance, to object to the proposed settlement, to opt out or exclude themselves from the Settlement. Any member of the Class who wishes to object to the settlement must file an objection in writing with the Court, send a copy to Class Counsel and Defense Counsel via U.S. mail at the addresses listed in the Class Notice. Any objection must include the name and number of the case, the name and address of the objector, and a statement of the reasons why the objector believes that the Court should find that the proposed settlement is not in the best interests of the Class. Objectors who have filed written objections to the settlement may also appear at the hearing to be heard on the fairness of the settlement.

8. Defendant shall file proof of compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 *U.S.C.* § 1715(b), no later than 10 days after the entry of this Preliminary Approval Order.

9. Plaintiffs and Plaintiffs' counsel shall file their motion for reasonable attorney's fees and costs to be awarded no later than forty-five days prior to the final approval hearing.

DONE AND ORDERED at Chambers in Miami Florida on July 21, 2016.

_____
Robert N. Scola Jr.
U.S. District Court Judge